**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MY'A ANDERSON,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00659-WWB-PRL**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

**Defendant.**

______________________________________/

# ORDER

This cause is before the Court on consideration of a document filed by Plaintiff containing her Rule 26(a)(1) initial disclosures. (Doc. 23).

The Clerk is directed to **STRIKE** and remove this document and the attached exhibits from the docket. (Doc. 23). Discovery-related documents should not be filed on the docket unless and until the Court needs such documents to decide an issue brought to its attention. *See* Fed. R. Civ. P. 5(d)(1); Middle District Discovery § I.C.1.

**DONE** and **ORDERED** in Ocala, Florida on November 16, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party